

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| DAVID S. TRAHAN and IRENE TRAHAN | CIVIL ACTION NO. 09-1157 |
| VERSUS | JUDGE HAIK |
| MORTON INTERNATIONAL, INC., ET AL | MAGISTRATE JUDGE HANNA |

## RULING

Before the Court is a Motion for Summary Judgment by Defendant Morton International Inc. (Doc. 29) on all claims brought by Louisiana Workers' Compensation Corp. (LWCC). Upon thorough review of the record and being fully advised of the premises, the Court rules as follows.

## BACKGROUND

This lawsuit arises from personal injuries sustained by plaintiff, David S. Trahan, on December 9, 2008, while he was working at Morton's salt mine facility in Weeks Island, Louisiana. Trahan was employed by Scott Equipment Co. (Scott) as a full-time mechanic. He was dispatched to Morton's facility to perform repairs on Morton's No. 6 scaling machine at the time of his injuries. As a result of his injuries, Trahan received workers' compensation benefits through Scott's workers' compensation carrier, LWCC. LWCC intervened in this lawsuit alleging subrogation rights for payments made to the plaintiff and offset for any amounts it may be compelled to make in the future.

Morton claims that Scott has waived any subrogation rights belonging to LWCC through the course of dealings between it and Scott.

## CONCLUSION

The Court finds there are disputed issues of material fact with respect to the claims of LWCC. Therefore, Summary Judgment not appropriate at this time.

IT IS ORDERED that the Motion for Summary Judgment by Defendant Morton International Inc. (Doc. 29) is DENIED.

THUS DONE AND SIGNED, this 13th day, December, 2010, Lafayette, Louisiana.

HONORABLE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA